UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> All Actions in Exhibit A | ) ) ) ) ) ) ) ) ) ) ) <br><br> 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## ORDER DISMISSING CASES

Between April 4, 2024, to October 18, 2024, Plaintiffs' counsel filed notices of suggestion of death of Plaintiffs listed in the attached Exhibit A. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed in any of the cases listed in Exhibit A. Accordingly, the cases listed in Exhibit A are **DISMISSED**.

**SO ORDERED** this 19th day of February 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1

**Exhibit A**

A. J. Satberry, 1:16-cv-1119

Paul Hardesty, Jr., 1:17-cv-2347

Thomas Chambers, 1:17-cv-2729

Judy Smith, 1:18-cv-2433

Henrianna Pearce, 1:18-cv-2428

Anne Christy, 1:18-cv-3276

Sharon Carver, 1:18-cv-3868

Jeffrey Kucinski, 1:19-cv-855

Willie Cotton, 1:19-cv-884

Audrey Kuntzler, 1:19-cv-1472

Betty Bledsoe, 1:19-cv-1500

Rodney Gray, 1:19-cv-1527

John Stewart, 1:19-cv-2454

Alan Krappitz, 1:19-cv-2908

Beverly Martin, 1:19-cv-3349

James Paige, 1:19-cv-3355

Cornelia Palmer, 1:19-cv-3356

Clara Ekman, 1:19-cv-3772

Sherry Springer, 1:19-cv-4033

Donald Farrell, 1:20-cv-222

David Clifton, 1:20-cv-537

Gary Thornton, 1:20-cv-582

Roger Mulcahy, 1:20-cv-1015

Sheila Davenport, 1:21-cv-2538

Thomas Powell, 1:22-cv-1743

Michael Llewellyn, 1:24-cv-404